| | CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
| --- | --- | --- | --- | --- | --- | --- |
| RDN | 014818 | 600910 | | 0028925072 | 1 | |

# Earnings Statement



SMG
MOHEGAN SUN ARENA
255 HIGHLAND PARK BLVD.
WILKES BARRE, PA 18702

Period Beginning: 11/18/2024
Period Ending: 12/01/2024
Pay Date: 12/06/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

AUSTIN X JONES
506 S IRVING AVE
SCRANTON PA 18505

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 24.1800 | 14.00 | 338.52 | 494.26 |
| Overtime | 36.2700 | 4.50 | 163.22 | 344.57 |
| **Gross Pay** | | | **$501.74** | 838.83 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 610-729-7900

SMG CORP HQ-300 CONSHOHOCKEN STATE RD., STE 450, WEST CONSHOHOCKEN, PA 19428

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Social Security Tax | -31.11 | 52.01 |
| | Medicare Tax | -7.27 | 12.16 |
| | PA State Income Tax | -15.40 | 25.74 |
| | Scranton Cit Income Tax | -17.06 | 28.52 |
| | PA SUI Tax | -0.35 | 0.59 |
| | **Other** | | |
| | Union | -20.07 | 33.56 |
| | **Net Pay** | **$410.48** | |
| | **Net Check** | **$410.48** | |

Your federal taxable wages this period are $501.74

© 2000 ADP, Inc.

SMG
MOHEGAN SUN ARENA
255 HIGHLAND PARK BLVD.
WILKES BARRE, PA 18702

RDN                                                60-162/433
Payroll check number: 0028925072
Pay date: 12/06/2024

Pay to the order of: AUSTIN X JONES

This amount: FOUR HUNDRED TEN AND 48/100 DOLLARS          $410.48

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK



**SCRANTON CULTURAL CENTER**
420 N WASHINGTON AVENUE
SCRANTON, PA 18503

*** This is not a check ***

10044 30 1226 16654 40

**AUSTIN JONES**
506 S IRVING AVE
APT 3
SCRANTON, PA 18505

| Voucher Date | Voucher Number |
|---|---|
| 12/5/2024 | 16654 |

*Direct Deposit Advice*
Direct Deposit Amount ****327.98

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

| AUSTIN JONES | December 05, 2024 | 16654 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Employee Id | | Dept. | 30 | |
| SSN | | Hire Date | 5/22/2024 | |

| | | |
|---|---|---|
| Period Begin | 11/18/2024 | Net Pay | 327.98 |
| Period End | 12/1/2024 | | |
| Check Type | Reg | Net Check | 0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Union | 16.00 | | 403.31 | 1,993.14 |
| **Total Gross Pay** | **16.00** | | **403.31** | **1,993.14** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | S | 403.31 | 0.00 | 36.20 |
| Medicare | | 403.31 | 5.85 | 28.90 |
| Pennsylvania SITW | S | 403.31 | 12.38 | 61.19 |
| Lackawanna Tax Collection District Scranton City | | 403.31 | 13.71 | 67.75 |
| Scranton C.(Lackawanna) (Scranton City S D)LST | | 403.31 | 6.00 | 36.00 |
| PA SUI - EE | | 403.31 | 0.29 | 1.40 |
| OASDI | | 403.31 | 25.00 | 123.57 |
| | | | 63.23 | 355.01 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Union Dues | 12.10 | 59.81 |
| | 12.10 | 59.81 |

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| | Ends with ***1409 | 327.98 |
| | | 327.98 |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | 403.31 |
| Federal Taxes | -30.85 |
| State and Local Taxes | -32.38 |
| Other Deductions | -12.10 |
| Net Pay | 327.98 |
| Direct Deposits | -327.98 |
| Net Check | 0.00 |

### Benefits & Additional Information

| Benefits | Amount | Year to Date |
|---|---|---|
| Annuity | 20.17 | 99.67 ① |
| | 0.00 | 0.00 |

| Time Off | Hours | Dollars |
|---|---|---|

① This code is shown for information only. It has no effect on your net pay.

**SCRANTON CULTURAL CENTER**
420 N WASHINGTON AVENUE
SCRANTON, PA 18503

*** This is not a check ***

10044 30 1226 16593 53

**AUSTIN JONES**
506 S IRVING AVE
APT 3
SCRANTON, PA 18505

| Voucher Date | Voucher Number |
|---|---|
| 11/21/2024 | 16593 |

*Direct Deposit Advice*
Direct Deposit Amount ****206.96

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

---

| AUSTIN JONES | November 21, 2024 | 16593 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Employee Id | ■ | Dept. | 30 | |
| SSN | | Hire Date | 5/22/2024 | |

| Period Begin | 11/4/2024 | Net Pay | 206.96 |
|---|---|---|---|
| Period End | 11/17/2024 | | |
| Check Type | Reg | Net Check | 0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Union | 11.00 | | 257.18 | 1,589.83 |
| **Total Gross Pay** | **11.00** | | **257.18** | **1,589.83** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | S | 257.18 | 0.00 | 36.20 |
| Medicare | | 257.18 | 3.73 | 23.05 |
| Pennsylvania SITW | S | 257.18 | 7.90 | 48.81 |
| Lackawanna Tax Collection District Scranton City | | 257.18 | 8.74 | 54.04 |
| Scranton C.(Lackawanna) (Scranton City S D)LST | | 257.18 | 6.00 | 30.00 |
| PA SUI - EE | | 257.18 | 0.18 | 1.11 |
| OASDI | | 257.18 | 15.95 | 98.57 |
| | | | 42.50 | 291.78 |

| Deductions | Amount | Year to Date |
|---|---|---|
| Union Dues | 7.72 | 47.71 |
| | 7.72 | 47.71 |

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| | Ends with ***1409 | 206.96 |
| | | 206.96 |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | 257.18 |
| Federal Taxes | -19.68 |
| State and Local Taxes | -22.82 |
| Other Deductions | -7.72 |
| Net Pay | 206.96 |
| Direct Deposits | -206.96 |
| Net Check | 0.00 |

### Benefits & Additional Information

| Benefits | Amount | Year to Date |
|---|---|---|
| Annuity | 12.86 | 79.50 ① |
| | 0.00 | 0.00 |

| Time Off | Hours | Dollars |
|---|---|---|

① This code is shown for information only. It has no effect on your net pay.

**CRAIG FRIEDMAN**
TAYLOR, PA 18517

# 3109

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| AUSTIN JONES, 506 S IRVING AVE, SCRANTON, PA 18505 | | | | | ***-**-7367 |

Pay Period: 08/05/2024 - 11/04/2024
Pay Date: 11/20/2024

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| WAGES | 1:00 | 350.00 | 350.00 | 1,487.50 |
| WAGES | 1:00 | 125.00 | 125.00 | |
| | 2:00 | | 475.00 | 1,487.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 350901 SCRANTON | -16.15 | -50.58 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -29.45 | -92.23 |
| Medicare Employee | -6.89 | -21.57 |
| PA - Withholding | -14.58 | -45.67 |
| PA - Unemployment Employee | -0.33 | -1.04 |
| | -67.40 | -211.09 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| UNION DUES | -14.25 | -44.63 |

| Net Pay | 393.35 | 1,231.78 |

CRAIG FRIEDMAN PRODUCTIONS, 263 NORTH MAIN STREET, TAYLOR, PA 18517

# Earnings Summary

**Company**

IATSE LOCAL 289
PO BOX 1147
ELMIRA, NY 14902-1147

(607) 733-7159

GLN Tax and Payroll

| Item ID | 36564 | Check ID | 28346 |
|---|---|---|---|
| Run ID | 1559 | Location | Default Location |
| Check # | 1312954 | Department | LOCAL 289 |
| From | 10/29/2024 | Division | Default Division |
| To | 11/3/2024 | Job Title | |
| Check Date | 11/7/2024 | Class | |

**Pay To**

JUSTIN JONES
50 S IRVING AVE
APT 3
SCRANTON, PA 18505

| ID # | SS # |
|---|---|
| | XXX-XX-7367 |

| Pay | Rate | Quantity | Current | YTD |
|---|---|---|---|---|
| Mileage | 0.67 | 472.00 | 316.24 | 316.24 |
| Load In | 21.85 | 16.00 | 349.60 | 349.60 |
| Totals: | | 488.00 | 665.84 | 665.84 |

| Tax Setup | Year | Filing Status | Exemptions | Extra W/H |
|---|---|---|---|---|
| FIT | 2024 | Single | $0.00 | 0.00 |
| NY SIT | 2024 | Single | 0 | 0.00 |

| Taxes | Current | YTD |
|---|---|---|
| FIT | 6.88 | 6.88 |
| FICA SS | 21.68 | 21.68 |
| FICA Med | 5.07 | 5.07 |
| NY SIT | 8.51 | 8.51 |
| NY PFL | 1.30 | 1.30 |
| NY SDI | 0.60 | 0.60 |
| Totals: | 44.04 | 44.04 |