# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

| In re: | |
|---|---|
| Austin X. Jones | Bankruptcy No: 5:25-bk-00022 |
| | Chapter: 13 |
| Debtor. | Judge: Honorable Mark J. Conway |

## CERTIFICATE OF SERVICE

I, Michael A. Cibik, attorney for Debtor Austin X. Jones, hereby certify that on January 6, 2025, a true and correct copy of the Motion to Extend Automatic Stay was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

US Trustee - *via ECF*

Jack N. Zaharopoulos, Trustee - *via ECF*

Austin X. Jones - 506 S Irving Ave Apt 3, Scranton, PA 18505-2052

                                                CIBIK LAW, P.C.

Dated: January 6, 2025                 /s/ Michael A. Cibik
                                                Michael A. Cibik
                                                Attorney for Debtor

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212


Am Bapt Cu
255 N. Lone Hill Ave.
San Dimas, CA 91773


Calvaruso & Associates, LLC
421 N. Pennsylvania Avenue
Wilkes Barre, PA 18702


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One/Walmart
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285


Connexus Credit Union
Attn: Bankruptcy
PO Box 8026
Wausau, WI 54402-8026


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062


Department Of Comm F
1401 Constitution Ave Nw
Washington, DC 20230

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Elan Fin Svcs/fulton
Cb Disputes
Saint Louis, MO 63166

Financial Assistance, Inc
Attn: Bankruptcy Attn: Bankruptcy
1130 140th Ave NE , Ste 100A
Bellevue, WA 98005

First Commonwealth Bank
Attn: Legal Department 601 Philadelphia St
Indiana, PA 15701

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: Bankruptcy
Po Box 7999
Saint Cloud, MN 56302-7999

Jpmcb
MailCode LA4-7100 700 Kansas Lane
Monroe, LA 71203

Key Bank N.A.
Attn: Bankruptcy OH-01-51-0622 4910
Tiedeman Rd
Brooklyn, OH 44144

Lackawanna County Tax Claim
Bureau
Attn: Bankruptcy
123 Wyoming Ave
Scranton, PA 18503-2026

Lvnv Funding/Resurgent
Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Mountain America Credit
Union
Attn: Bankruptcy 9800 S Monroe St
Sandy, UT 84070

Pelican State Credit Union
Attn: Member Solutions/Bankruptcy Dept
2675 O'Neal Lane
Baton Rouge, LA 70816

Pennsylvania Attorney
General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PSECU
Attention: Bankruptcy
PO Box 67013
Harrisburg, PA 17106


Scranton Single Tax Office
Attn: Bankruptcy
315 Franklin Ave
Scranton, PA 18503-1201


Service Credit Union
Attn: Bankruptcy
PO Box 1268
Portsmouth, NH 03801


Silverman Theologou, LLP
Attn: Bankruptcy
11200 Rockville Pike Ste 520
Rockville, MD 20852-7105


SoFi Bank, N.A.
2750 E Cottonwood Pkwy Suite 300
Salt Lake City, UT 84121


Syncb/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064


U.S. Attorney, Middle District
of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Upst/cubi
P.o. Box 1503
San Carlos, CA 94070