United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 25-00022-MJC
Austin X. Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 07, 2025     Form ID: asextnd     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Austin X. Jones, 506 S Irving Ave Apt 3, Scranton, PA 18505-2052 |
| 5680270 | + | Am Bapt Cu, 255 N. Lone Hill Ave., San Dimas, CA 91773-2308 |
| 5680271 | + | Calvaruso & Associates, LLC, 421 N. Pennsylvania Avenue, Wilkes Barre, PA 18702-4497 |
| 5680278 | | Elan Fin Svcs/fulton, Cb Disputes, Saint Louis, MO 63166 |
| 5680285 | | Key Bank N.A., Attn: Bankruptcy OH-01-51-0622 4910 Tied, Brooklyn, OH 44144 |
| 5680286 | | Lackawanna County Tax Claim Bureau, Attn: Bankruptcy, 123 Wyoming Ave, Scranton, PA 18503-2026 |
| 5680289 | | Pelican State Credit Union, Attn: Member Solutions/Bankruptcy Dept 2, Baton Rouge, LA 70816 |
| 5680294 | | Scranton Single Tax Office, Attn: Bankruptcy, 315 Franklin Ave, Scranton, PA 18503-1201 |
| 5680300 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5680301 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 5680302 | + | Upst/cubi, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5680269 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 07 2025 18:54:06 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5680272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 19:04:47 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5680273 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 18:54:08 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5680274 | | Email/Text: bankruptcy@connexuscu.org | Jan 07 2025 18:46:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 5680275 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 07 2025 18:46:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5680277 | | Email/Text: mrdiscen@discover.com | Jan 07 2025 18:46:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5680276 | + | Email/Text: GenLit@doc.gov | Jan 07 2025 18:46:00 | Department Of Comm F, 1401 Constitution Ave Nw, Washington, DC 20230-0002 |
| 5680279 | | Email/Text: mhassan@faicollect.com | Jan 07 2025 18:46:00 | Financial Assistance, Inc, Attn: Bankruptcy Attn: Bankruptcy, 1130 140th Ave NE , Ste 100A, Bellevue, WA 98005 |
| 5680280 | + | Email/Text: SAABankruptcy@fcbanking.com | Jan 07 2025 18:46:00 | First Commonwealth Bank, Attn: Legal Department 601 Philadelphia, Indiana, PA 15701-3952 |
| 5680281 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 07 2025 18:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5680282 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2025 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 5680283 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 07 2025 18:46:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 5680284 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 07 2025 18:54:19 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 5680287 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2025 18:54:23 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5680288 | + | Email/Text: jlothrop@macu.com | Jan 07 2025 18:46:00 | Mountain America Credit Union, Attn: Bankruptcy 9800 S Monroe St, Sandy, UT 84070-4419 |
| 5680290 | | Email/Text: fesbank@attorneygeneral.gov | Jan 07 2025 18:46:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5680293 | + | Email/Text: bankruptcynotices@psecu.com | Jan 07 2025 18:46:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5680291 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2025 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5680292 | ^ | MEBN | Jan 07 2025 18:45:57 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5680295 | | Email/Text: resolutionrecovery@servicecu.org | Jan 07 2025 18:46:00 | Service Credit Union, Attn: Bankruptcy, PO Box 1268, Portsmouth, NH 03801 |
| 5680296 | | Email/Text: bankruptcy@silvermanlegal.com | Jan 07 2025 18:46:00 | Silverman Theologou, LLP, Attn: Bankruptcy, 11200 Rockville Pike Ste 520, Rockville, MD 20852-7105 |
| 5680297 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 07 2025 18:54:05 | SoFi Bank, N.A., 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 5680298 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2025 19:04:45 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5680299 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2025 18:53:48 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Austin X. Jones help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
|---|---|---|
| Austin X. Jones, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:25−bk−00022−MJC |

| **Notice** |
| :---: |

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on January 6, 2025.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 1/23/25** |
|---|---|
| | **Time: 10:00 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **January 21, 2025**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 7, 2025 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**