UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

Austin X. Jones,

*Debtor*.

Case No. 5:25-bk-00022-MJC
Chapter 13

## AFFIDAVIT OF DEBTOR IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY

1. I previously filed a Chapter 13 bankruptcy case on November 13, 2024.
2. My prior case docketed as 5:24-bk-02941-MJC is presently pending within the last year.
3. I filed an emergent petition in my prior case to stop a lawsuit against my person.
4. My prior case was dismissed for failure to file documents because I was unable to collect the necessary documentation in time for my attorney to draft and file my remaining schedules, statements, and other documents.
5. Since my prior case was dismissed, I was able to collect the necessary documentation. My attorney has filed all my schedules, statements, and other documents in this case, and there is no risk of it being dismissed for failure to file documents.
6. I am not simply attempting to postpone the lawsuit against my person, I in good faith believe that I can see my current bankruptcy through to completion sucessfully.

Date: January 29, 2025

/s/ Austin X. Jones
Austin X. Jones, Debtor