In re:                                                         Case No. 25-00022-MJC

Austin X. Jones                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                Page 1 of 3

Date Rcvd: Feb 10, 2025                        Form ID: ntcnfhrg                            Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Austin X. Jones, 506 S Irving Ave Apt 3, Scranton, PA 18505-2052 |
| 5680270 | + | Am Bapt Cu, 255 N. Lone Hill Ave., San Dimas, CA 91773-2308 |
| 5680271 | + | Calvaruso & Associates, LLC, 421 N. Pennsylvania Avenue, Wilkes Barre, PA 18702-4497 |
| 5686641 | + | Christian Community Credit Union - San Dimas, CA, 255 N. Lone Hill Ave, San Dimas, CA 91773-2308 |
| 5680278 | | Elan Fin Svcs/fulton, Cb Disputes, Saint Louis, MO 63166 |
| 5680285 | | Key Bank N.A., Attn: Bankruptcy OH-01-51-0622 4910 Tied, Brooklyn, OH 44144 |
| 5680286 | | Lackawanna County Tax Claim Bureau, Attn: Bankruptcy, 123 Wyoming Ave, Scranton, PA 18503-2026 |
| 5680289 | | Pelican State Credit Union, Attn: Member Solutions/Bankruptcy Dept 2, Baton Rouge, LA 70816 |
| 5680294 | | Scranton Single Tax Office, Attn: Bankruptcy, 315 Franklin Ave, Scranton, PA 18503-1201 |
| 5680300 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5680301 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 5680302 | + | Upst/cubi, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5680269 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 10 2025 18:43:31 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5680272 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2025 18:43:40 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5681755 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2025 18:43:20 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5680273 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2025 18:43:31 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5680274 | | Email/Text: bankruptcy@connexuscu.org | Feb 10 2025 18:40:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 5680275 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 10 2025 18:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5680277 | | Email/Text: mrdiscen@discover.com | Feb 10 2025 18:39:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5680276 | + | Email/Text: GenLit@doc.gov | Feb 10 2025 18:39:00 | Department Of Comm F, 1401 Constitution Ave Nw, Washington, DC 20230-0002 |
| 5687956 | + | Email/Text: bankruptcy@silvermanlegal.com | Feb 10 2025 18:39:00 | Department of Commerce Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5681498 | | Email/Text: mrdiscen@discover.com | Feb 10 2025 18:39:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5680279 | | Email/Text: mhassan@faicollect.com | Feb 10 2025 18:39:00 | Financial Assistance, Inc, Attn: Bankruptcy Attn: Bankruptcy, 1130 140th Ave NE , Ste 100A, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Bellevue, WA 98005 |
| 5680280 | + | Email/Text: SAABankruptcy@fcbanking.com | Feb 10 2025 18:39:00 | First Commonwealth Bank, Attn: Legal Department 601 Philadelphia, Indiana, PA 15701-3952 |
| 5680281 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 10 2025 18:39:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5680282 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2025 18:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5680283 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2025 18:39:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 5680284 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2025 18:43:20 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 5686177 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 10 2025 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5681849 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2025 18:43:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5680287 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2025 18:43:21 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5680288 | + | Email/Text: jlothrop@macu.com | Feb 10 2025 18:39:00 | Mountain America Credit Union, Attn: Bankruptcy 9800 S Monroe St, Sandy, UT 84070-4419 |
| 5680290 | | Email/Text: fesbank@attorneygeneral.gov | Feb 10 2025 18:39:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5687870 | + | Email/Text: bankruptcynotices@psecu.com | Feb 10 2025 18:40:00 | PSECU, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 5680293 | + | Email/Text: bankruptcynotices@psecu.com | Feb 10 2025 18:40:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5680291 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2025 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5680292 | ^ | MEBN | Feb 10 2025 18:35:53 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5680295 | | Email/Text: resolutionrecovery@servicecu.org | Feb 10 2025 18:39:00 | Service Credit Union, Attn: Bankruptcy, PO Box 1268, Portsmouth, NH 03801 |
| 5680296 | | Email/Text: bankruptcy@silvermanlegal.com | Feb 10 2025 18:39:00 | Silverman Theologou, LLP, Attn: Bankruptcy, 11200 Rockville Pike Ste 520, Rockville, MD 20852-7105 |
| 5680297 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 10 2025 18:43:20 | SoFi Bank, N.A., 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 5680298 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2025 18:56:23 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5680299 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2025 18:43:20 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Austin X. Jones help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Austin X. Jones,            Chapter     13

**Debtor 1**

Case No.     5:25−bk−00022−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 13, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 20, 2025  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 10, 2025 |

ntcnfhrg (08/21)